**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**ASHLEE AGUIAR**, OSB #171940
ashleeaguiar@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**FREDERICK B. BURNSIDE,** OSB #096617
fredburnside@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8016
Facsimile: (206) 757-7016

    Attorneys for Defendant JPMorgan Chase Bank, N.A.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould,<br><br>            Plaintiff,<br><br>    v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC;<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR),<br><br>RMAC TRUST, SERIES 2016-CTT,<br><br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)<br><br>            Defendants. | Case No. 6:19-cv-1364-AA<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Page 1 - CORPORATE DISCLOSURE STATEMENT

4824-1516-9952v.1 0036234-000846

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

JPMorgan Chase Bank, National Association makes the following disclosure under Federal Rule of Civil Procedure 7.1:

JPMorgan Chase Bank, National Association is a wholly owned subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation, and no publicly held corporation owns more than 10 percent of its stock.

DATED this 26th day of August, 2019.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ Kevin H. Kono
**KEVIN H. KONO**, OSB #023528
kevinkono@dwt.com
**ASHLEE AGUIAR**, OSB #171940
ashleeaguiar@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

**FREDERICK B. BURNSIDE**, OSB #096617
fredburnside@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 757-8016

Attorneys for Defendant JPMorgan Chase Bank, N.A.

Page 2 - CORPORATE DISCLOSURE STATEMENT

4824-1516-9952v.1 0036234-000846

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing CORPORATE DISCLOSURE STATEMENT on:

> Dennis Raybould
> P.O. Box 241
> Florence, OR 97439
> (541) 997-1311
>     Plaintiff Pro Se

☒ by causing to be mailed a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said party's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said party's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said party's last-known address on the date set forth below;

☐ by faxing a copy thereof to said party at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said party at his/her last-known email address as set forth above.

Dated this 26th day of August, 2019.

DAVIS WRIGHT TREMAINE LLP

By: s/ Kevin H. Kono
Kevin H. Kono, OSB #023528
Ashlee Aguiar, OSB #171940
Of Attorneys for Defendant JPMorgan Chase Bank, N.A.

Page 1 - CERTIFICATE OF SERVICE

4824-1516-9952v.1 0036234-000846

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax