**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS RAYBOULD, | No. 19-35842 |
| Plaintiff-Appellant, | D.C. No. 6:19-cv-01364-AA
District of Oregon,
Eugene |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al., | ORDER |
| Defendants-Appellees. | |

Before: SILVERMAN, McKEOWN, and RAWLINSON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; *Medhekar v. United States Dist. Court*, 99 F.3d 325, 326 (9th Cir. 1996) (discovery orders not immediately appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se