**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>        Defendants-Appellants. | No.   19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California, Los Angeles<br><br><br>ORDER |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>       Defendants-Appellants. | No.   19-15947<br><br>D.C. No. 3:18-cv-05146-WHO<br>Northern District of California, San Francisco |

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>   Defendants-Appellants. | No. 19-15950<br><br>D.C. No. 3:18-cv-05169-WHO<br>Northern District of California, San Francisco |
| DENNIS RAYBOULD,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al.,<br><br>   Defendants-Appellees. | No. 19-35842<br><br>D.C. No. 6:19-cv-01364-AA<br>District of Oregon, Eugene |

These appeals remained stayed pending further order of this court. Counsel should contact the undersigned by email (stephen_liacouras@ca9.uscourts.gov) within 10 days after this court's decision in *City & County of San Francisco v. Barr*, Appeal Nos. 18-17308, 18-17311.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation