FILED

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DENNIS RAYBOULD,

    Plaintiff-Appellant,

v.

RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al.,

    Defendants-Appellees.

No. 19-35842

D.C. No. 6:19-cv-01364-AA
District of Oregon,
Eugene

ORDER

The court's order of November 8, 2019 was entered in error and is vacated.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation