*Original*

Dennis Raybould
P.O. Box 241
Florence, OR 97431
(541) 901-9522


# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | | |
|---|---|---|
| Dennis Raybould, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 19CV30797 |
| | ) | |
| v. | ) | |
| | ) | |
| RUSHMORE LOAN MANAGEMENT | ) | |
| SERVICES, LLC; | ) | |
| | ) | |
| JPMORGAN CHASE BANK, NATIONAL | ) | |
| ASSOCIATION, WHOSE ADDRESS IS 700 | ) | |
| Kansas Lane, MC 8000, MONROE, LA 71203, | ) | |
| (ASSIGNOR); | ) | |
| | ) | |
| RMAC TRUST, SERIES 2016-CTT; | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT | ) | |
| SOLELY AS TRUSTEE FOR THE RMAC | ) | |
| TRUST, SERIES 2016-CTTT, whose address is | ) | |
| 60 LIVINGSTON AVENUE, ST. PAUL, MN | ) | |
| 55107-2292, ITS SUCCESSORS AND | ) | |
| ASSIGNS, (ASSIGNEE) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PROOF OF SERVICE OF **ALIAS** SUMMONS ON DEFENDANT RUSHMORE LOAN
MANAGEMENT SERVICES, LLC

The undersigned hereby certifies that I served Defendant RUSHMORE LOAN
MANAGEMENT SERVICES, LLC with Summons and Complaint, at address 251 Little Falls
Drive, Wilmington, DE 19808-1674, by Federal Express, tracking number 789563960918; that I

am a competent person 18 years of age or older and a resident of the state of service and of this state and I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and that I knew that the person, firm, or corporation served is the identical one named in the action. As stated above, I served them by Federal Express, received by Corporation Service Co, Reg'd Agt at time Tuesday 9/10/2019 at 9:35 am. True copies of the receipt and of the Federal Express tracking report are attached.

DATED: _11 / 9_ /2019          By: _____
                                    Danyelle Raybould

# In the Circuit Court of the State of Oregon

## For the County of Lane

Dennis Raybould, Plaintiff,     )
                                   )    Case No. 19CV30797
         vs.             )
                                   )    ALIAS SUMMONS

RUSHMORE LOAN MANAGEMENT   )
SERVICES, LLC, et al., Defendants.   )

## TO: RUSHMORE LOAN MANAGEMENT SERVICES, LLC

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF PLAINTIFF
Dennis Raybould

PLAINTIFF'S NAME (TYPED OR PRINTED)

P.O. Box 241

ADDRESS
Florence, OR 97431

CITY    STATE   ZIP      PHONE

FAX (IF ANY)     E-MAIL ADDRESS (IF ANY)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

COURT CLERK

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

www.theshippinshack.com

```
Shipment---------------------
    FedEx Ground
    Ship To:
        c/o Corporation Service Co, Reg'd A
        Rushmore Loan Management Services, L
        251 LITTLE FALLS DR
        WILMINGTON, DE 19808-1674
    Package ID: 165718          14.42
    Tracking #:  789563960918
    Expected arrival: Wed 09/11 11:59 PM
    Actual Wt: 0.28 lbs
    Rating Wt: 1 lbs
    Pkg Dims:  13.00 x 11.00 x 1.00
Shipment---------------------
    FedEx Ground
    Ship To:
        Jamie Dimon, CEO
        JP Morgan Chase Bank, N.A.
        270 PARK AVE
```



789563960918 

# Delivered
## Tuesday 9/10/2019 at 9:35 am

**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| **FROM** | **TO** |
|---|---|
| FLORENCE, OR US | Wilmington, DE US |

## Shipment Facts

**TRACKING NUMBER**
789563960918

**SERVICE**
FedEx Ground

**REFERENCE**
Danyelle Raybould

**WEIGHT**
0.2 lbs / 0.09 kgs

**TOTAL PIECES**
1

**TERMS**
Shipper

**INVOICE NUMBER**
PKG ID: 166718

**PACKAGING**
Package

**STANDARD TRANSIT**
9/11/2019

**SHIP DATE**
Wed 9/04/2019

**ACTUAL DELIVERY**
Tue 9/10/2019 9:35 am

## Travel History

Local Scan Time ⌄

| Tuesday , 9/10/2019 | | |
|---|---|---|
| 9:35 am | Wilmington, DE | Delivered |
| | | Given to customer. Signature Service not requested. |
| 7:44 am | NEW CASTLE, DE | On FedEx vehicle for delivery |
| 6:16 am | NEW CASTLE, DE | At local FedEx facility |
| Monday , 9/09/2019 | | |
| 9:37 pm | LEWISBERRY, PA | Departed FedEx location |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the

foregoing on the following parties by U.S. first class mail:

Defendant JPMorgan Chase Bank, N.A.
c/o KEVIN H. KONO, OSB #023528
kevinkono@dwt.com
ASHLEE AGUIAR, OSB #171940
ashleeaguiar@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

Defendant JPMorgan Chase Bank, N.A.
c/o FREDERICK B. BURNSIDE, OSB #096617
fredburnside@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8016

DATED: // / 9 /2019                    By: _____
                                           Danyelle Raybould