FILED 12 NOV '19 16:07 USDC-ORE

Original

Dennis Raybould
P.O. Box 241
Florence, OR 97431
(541) 901-9522

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould, ) | |
| ) | |
| Plaintiff, ) | Case No.: 19CV30797 |
| ) | |
| v. ) | |
| ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC; ) | |
| ) | |
| JPMORGAN CHASE BANK, NATIONAL ) | |
| ASSOCIATION, WHOSE ADDRESS IS 700 ) | |
| Kansas Lane, MC 8000, MONROE, LA 71203, ) | |
| (ASSIGNOR); ) | |
| ) | |
| RMAC TRUST, SERIES 2016-CTT; ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| NOT IN ITS INDIVIDUAL CAPACITY BUT ) | |
| SOLELY AS TRUSTEE FOR THE RMAC ) | |
| TRUST, SERIES 2016-CTTT, whose address is ) | |
| 60 LIVINGSTON AVENUE, ST. PAUL, MN ) | |
| 55107-2292, ITS SUCCESSORS AND ) | |
| ASSIGNS, (ASSIGNEE) ) | |
| ) | |
| Defendants. ) | |

PROOF OF SERVICE OF **ALIAS** SUMMONS ON DEFENDANT U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

The undersigned hereby certifies that I served Defendant U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) with Summons and Complaint, at address 60 Livingston Avenue EP-MIN-WS3D, St Paul, MN 55107, by Federal Express, tracking number 789564296684; that I am a competent person 18 years of age or older and a resident of the state of service and of this state and I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and that I knew that the person, firm, or corporation served is the identical one named in the action. As stated above, I served them by Federal Express, received by A. Cecere, CEO, US BANK AS TRUSTEE at time Tuesday 9/10/2019 at 1:27 pm. True copies of the receipt and of the Federal Express tracking report are attached.

DATED: 11 / 9 /2019       By: _____
                                Danyelle Raybould

# In the Circuit Court of the State of Oregon

## For the County of Lane

| | |
|---|---|
| Dennis Raybould, Plaintiff, ) | |
| ) | Case No. 19CV30797 |
| vs. ) | |
| ) | ALIAS SUMMONS |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC, et al., Defendants. ) | |

TO: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
SIGNATURE OF PLAINTIFF
Dennis Raybould

PLAINTIFF'S NAME (TYPED OR PRINTED)

P.O. Box 241
_____
ADDRESS
Florence, OR 97431

CITY    STATE    ZIP    PHONE

_____
FAX (IF ANY)    E-MAIL ADDRESS (IF ANY)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
COURT CLERK

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.



```
Shipment-------------------
    FedEx Ground
    Ship To:
        Andrew Cecere, CEO
        U.S. Bank N.A.
        60 Livingtson Avenue
        EP-MIN-WS3D
        SAINT PAUL, MN 55107
    Package ID: 166724           14.37
    Tracking #: 789564260352
    Expected arrival: Tue 09/10 11:59 PM
    Actual Wt: 0.28 lbs
    Rating Wt: 1 lbs
    Pkg Dims: 13.00 x 12.00 x 1.00
Shipment-------------------
    FedEx Ground
    Ship To:
        A. Cecere, CEO, U.S. Bank as Truste
        RMAC Trust, Series 2016-CTT
        60 Livington Avenue, EP-MIN-WS3D
        SAINT PAUL, MN 55102
    Package ID: 166725           14.37
    Tracking #: 789554296684
    Expected arrival: Tue 09/10 11:59 PM
```



789564296684

# Delivered
# Tuesday 9/10/2019 at 1:27 pm

**DELIVERED**

Signed for by: MMICHEL

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| FLORENCE, OR US | Saint Paul, MN US |

## Shipment Facts



**TRACKING NUMBER**
789564296684

**SERVICE**
FedEx Ground

**REFERENCE**
Danyelle Raybould

**WEIGHT**
0.2 lbs / 0.09 kgs

**TOTAL PIECES**
1

**TERMS**
Shipper

**INVOICE NUMBER**
PKG ID: 166725

**PACKAGING**
Package

**STANDARD TRANSIT**
9/10/2019

**SHIP DATE**
Wed 9/04/2019

**ACTUAL DELIVERY**
Tue 9/10/2019 1:27 pm

## Travel History

Local Scan Time

**Tuesday, 9/10/2019**

| 1:27 pm | Saint Paul, MN | Delivered |
| 3:29 am | SAINT PAUL, MN | On FedEx vehicle for delivery |
| 2:09 am | SAINT PAUL, MN | At local FedEx facility |

**Monday, 9/09/2019**

| 12:51 pm | SAINT PAUL, MN | Arrived at FedEx location |
| 12:23 pm | MAHTOMEDI, MN | In transit |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing on the following parties by U.S. first class mail:

Defendant JPMorgan Chase Bank, N.A.
c/o KEVIN H. KONO, OSB #023528
kevinkono@dwt.com
ASHLEE AGUIAR, OSB #171940
ashleeaguiar@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

Defendant JPMorgan Chase Bank, N.A.
c/o FREDERICK B. BURNSIDE, OSB #096617
fredburnside@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8016

DATED: 11 / 9 /2019          By: _____
                                  Danyelle Raybould