**STANTON SHELBY**, OSB #044151
sshelby@Aldridgepite.com
**ALDRIDGE PITE LLP**
111 SW Columbia Ave. Suite 950
Portland OR 97201
Telephone:  (503) 345-9513
Facsimile:  (503) 222-2260

    Attorneys for Defendants Rushmore Loan
    Management Services, LLC.
    and
    US Bank N.A. Not in its Individual
    Capacity but Solely as Trustee for the
    RMAC Trust, Series 2016-CTT, whose
    address is 60 Livingston Avenue, St. Paul
    MN 55107-2292.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould,<br><br>            Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC;<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR),<br><br>RMAC TRUST, SERIES 2016-CTT,<br><br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)<br><br>           Defendants. | Case No. 6:19-cv-1364-AA<br><br>**DEFENDANT U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTTT, WHOSE ADDRESS IS 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.l and L.R. 7.l-1, Defendant U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The RMAC Trust, Series 2016-CTTT, Whose Address Is 60 Livingston Avenue, St. Paul, MN 55107-2292 hereby declares:

US Bank NA is a wholly owned subsidiary of U.S. Bancorp. U.S. Bancorp is a publicly traded corporation on the New York Stock Exchange. U.S. Bancorp does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this _19__th day of November 2019

**ALDRIDGE PITE LLP**

By  s/ Stanton Shelby

**STANTON SHELBY**, OSB #044151
sshelby@Aldridgepite.com
**ALDRIDGE PITE LLP**
111 SW Columbia Ave. Suite 950
Portland OR 97201
Telephone:  (503) 345-9513
Facsimile:  (503) 222-2260

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 111 SW Columbia Street, Suite 950, Portland, OR 97201.

I hereby certify that on November 19, 2019, I electronically transmitted:

- **DEFENDANT U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTTT, WHOSE ADDRESS IS 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292'S CORPORATE DISCLOSURE STATEMENT; and**
- **CERTIFICATE OF SERVICE.**

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

I further certify that on November 19, 2019, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Dennis Raybould
P.O. Box 241
Florence, OR 97439
*Plaintiff Pro Se*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November, 2019, at Boise, Idaho.

                                        /s/ Brett Weaver
                                        Brett Weaver