FILED 02 DEC '19 13:12 USDC-ORE

Dennis Raybould
P.O. Box 241
Florence, OR 97439
(541) 997-1311

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould,<br>Diane Raybould,<br><br>    Plaintiffs,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC, et al,<br><br>    Defendants. | Case No. 6:19-cv-01364-AA<br><br>**MOTION FOR ENLARGEMENT<br>OF TIME TO RESPOND TO<br>[24] MOTION TO DISMISS** |

## CERTIFICATION

I, the undersigned Plaintiff, certify that I have conferred with Defendant, and have been informed that they will oppose this motion.

## NOTE

As a threshold matter, this Court does not have jurisdiction of the case because it is on appeal at the Ninth Circuit as 19-35842. On 11/4/2019, Plaintiff moved to stay the mandate; that motion is still pending.

## MOTION

Dennis Raybould, Plaintiff in the above named action move for an enlargement of time to respond to [24] Motion to Dismiss, filed by Defendant Rushmore Loan Services, LLC.

MOTION FOR ENLARGEMENT OF TIME                                                                    1

Response is currently due 12/3/2019. Plaintiff requests 30 days, or until January 2, 2020; or until 14 days after such time as the case is remanded from the Ninth Circuit.

This is the first motion for enlargement of time.

The legal issues involved are complex, especially for a pro se litigant, and require research. Plaintiff has been diligent and yet still requires more time. This motion is not intended for delay.

Executed on: November 27, 2019

By: _____*Dennis Raybould*_____
Dennis Raybould, Plaintiff

MOTION FOR ENLARGEMENT OF TIME                                                      2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date last written below, a true and correct copy of this document was furnished via facsimile and/or U.S. mail and/or email to:

>JPMorgan Chase Bank, N.A.
>c/o KEVIN H. KONO, OSB #023528
>c/o ASHLEE AGUIAR, OSB #171940
>Davis Wright Tremaine LLP
>1300 S.W. Fifth Avenue, Suite 2400
>Portland, Oregon 97201-5610
>
>JPMorgan Chase Bank, N.A.
>c/o FREDERICK B. BURNSIDE, OSB #096617
>920 Fifth Avenue, Suite 3300
>Seattle, Washington 98104-1610
>
>Rushmore Loan Management Services, LLC.
>c/o STANTON SHELBY, OSB #044151
>ALDRIDGE PITE LLP
>121 SW Columbia Ave. Suite 950
>Portland OR 97201
>
>US Bank N.A. Not in its Individual
>Capacity but Solely as Trustee for the
>RMAC Trust, Series 2016-CTT, whose
>address is 60 Livingston Avenue, St. Paul
>MN 55107-2292
>c/o STANTON SHELBY, OSB #044151
>ALDRIDGE PITE LLP
>121 SW Columbia Ave. Suite 950
>Portland OR 97201

DATED: November 27, 2019      /s/ *Dennis Raybould*
                                  Dennis Raybould

MOTION FOR ENLARGEMENT OF TIME                                              3