Dennis Raybould
P.O. Box 241
Florence, OR 97431
(541) 901-9522

FILED 16 DEC '19 12:03 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould, | ) |
| | ) Case No. 6:19-cv-01364-AA |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; | ) |
| | ) |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR); | ) |
| | ) |
| RMAC TRUST, SERIES 2016-CTT; | ) |
| | ) |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTTT, whose address is 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE) | ) |
| | ) |
| Defendants. | ) |

PROOF OF SERVICE OF **ALIAS** SUMMONS ON DEFENDANT "JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR)"

The undersigned hereby certifies that I served Defendant "JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000,

MONROE, LA 71203, (ASSIGNOR)" with Summons and Complaint, at address "Jamie Dimon, CEO, JP Morgan Chase Bank, N.A., 270 Park Ave., New York, NY 10017-2014", by Federal Express, tracking number 789564012631; that I am a competent person 18 years of age or older and a resident of the state of service and of this state and I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; and that I knew that the person, firm, or corporation served is the identical one named in the action. As stated above, I served them by Federal Express, received by JJERRY at time Wednesday 9/11/2019 at 1:17 pm. True copies of the receipt and of the Federal Express tracking report are attached.

DATED: 12/12/2019            By: _____
                                  Danyelle Raybould

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing on the following parties by U.S. first class mail:

Defendant JPMorgan Chase Bank, N.A.
c/o KEVIN H. KONO, OSB #023528
kevinkono@dwt.com
ASHLEE AGUIAR, OSB #171940
ashleeaguiar@dwt.com
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300

Defendant JPMorgan Chase Bank, N.A.
c/o FREDERICK B. BURNSIDE, OSB #096617
fredburnside@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 757-8016

DATED: 12/12/2019                By: _____
                                     Danyelle Raybould