# In the Circuit Court of the State of Oregon

## For the County of Lane

Dennis Raybould, Plaintiff,  )
                             )  Case No. 19CV30797
vs.                          )
                             )  (Alias) SUMMONS
RUSHMORE LOAN MANAGEMENT     )
SERVICES, LLC, et al., Defendants.  )

TO: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 700 Kansas Lane, MC 8000, MONROE, LA 71203, (ASSIGNOR)

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
SIGNATURE OF PLAINTIFF
Dennis Raybould

_____
PLAINTIFF'S NAME (TYPED OR PRINTED)

P.O. Box 241

_____
                         ADDRESS
Florence, OR 97431

_____
CITY     STATE     ZIP     PHONE


_____
FAX (IF ANY)     E-MAIL ADDRESS (IF ANY)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
COURT CLERK

According to ORCP 7A, "a true copy of a summons and complaint" means an exact and complete copy of the original documents. No signed certification to that effect is necessary.

```
    Pkg Dims:  13.00 x 11.00 x 1.00
  Shipment-----------------------
     FedEx Ground
     Ship To:
         Jamie Dimon, CEO
         JP Morgan Chase Bank, N.A.
         270 PARK AVE
         NEW YORK, NY 10017-2014
     Package ID: 166722            14.42
     Tracking #:  789564012631
     Expected arrival: Wed 09/11 11:59 PM
     Actual Wt: 0.28 lbs
     Rating Wt: 1 lbs
     Pkg Dims:  13.00 x 12.00 x 1.00
   Copies BW 8.5 x 11               0.39

     SUBTOTAL                      29.23
     TAX                            0.00
     TOTAL                         29.23
  TEND Cash                        50.00
     CHANGE                        20.77
```



789564012631

# Delivered
# Wednesday 9/11/2019 at 1:17 pm

**DELIVERED**

Signed for by: JJERRY

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| FLORENCE, OR US | New York, NY US |

## Shipment Facts

**TRACKING NUMBER**
789564012631

**SERVICE**
FedEx Ground

**REFERENCE**
Danyelle Raybould

**WEIGHT**
0.2 lbs / 0.09 kgs

**TOTAL PIECES**
1

**TERMS**
Shipper

**INVOICE NUMBER**
PKG ID: 166722

**PACKAGING**
Package

**STANDARD TRANSIT**
9/11/2019

**SHIP DATE**
Wed 9/04/2019

**ACTUAL DELIVERY**
Wed 9/11/2019 1:17 pm

## Travel History

Local Scan Time

**Wednesday, 9/11/2019**

| Time | Location | Status |
|---|---|---|
| 1:17 pm | New York, NY | Delivered |
| 6:00 am | LONG ISLAND CITY, NY | On FedEx vehicle for delivery |
| 4:50 am | LONG ISLAND CITY, NY | At local FedEx facility |

**Tuesday, 9/10/2019**

| Time | Location | Status |
|---|---|---|
| 11:02 pm | KEASBEY, NJ | Departed FedEx location |
| 2:39 pm | KEASBEY, NJ | Arrived at FedEx location |