FILED 27 DEC '19 08:43 USDC-ORE

Dennis Raybould
P.O. Box 241
Florence, OR 97439
(541) 997-1311

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| Dennis Raybould,<br>Diane Raybould,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC, et al,<br><br>Defendants. | Case No. 6:19-cv-01364-AA<br><br>**MOTION FOR ENLARGEMENT**<br>**OF TIME TO RESPOND TO**<br>**[24] MOTION TO DISMISS** |

## CERTIFICATION

I, the undersigned Plaintiff, certify that I have conferred with Defendant, and have been informed that they will oppose this motion.

## NOTE

As a threshold matter, this Court does not have jurisdiction of the case because it is on appeal at the Ninth Circuit as 19-35842. On 11/4/2019, Plaintiff moved to stay the mandate; that motion is still pending.

## MOTION

Dennis Raybould, Plaintiff in the above named action move for an enlargement of time to respond to [24] Motion to Dismiss, filed by Defendant Rushmore Loan Services, LLC.

MOTION FOR ENLARGEMENT OF TIME                                                                 1

Response is currently due January 2, 2020. Plaintiff requests 29 days, or until January 31, 2020; or until 14 days after such time as the case is remanded from the Ninth Circuit, whichever is later.

This is the second motion for enlargement of time.

The legal issues involved are complex, especially for a pro se litigant, and require research. Plaintiff has been diligent and yet still requires more time. This motion is not intended for delay.


Executed on: December 23, 2019

By: ___*Dennis Raybould*___
Dennis Raybould, Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date last written below, a true and correct copy of this document was furnished via facsimile and/or U.S. mail and/or email to:

    JPMorgan Chase Bank, N.A.
    c/o KEVIN H. KONO, OSB #023528
    c/o ASHLEE AGUIAR, OSB #171940
    Davis Wright Tremaine LLP
    1300 S.W. Fifth Avenue, Suite 2400
    Portland, Oregon 97201-5610

    JPMorgan Chase Bank, N.A.
    c/o FREDERICK B. BURNSIDE, OSB #096617
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610

    Rushmore Loan Management Services, LLC.
    c/o STANTON SHELBY, OSB #044151
    ALDRIDGE PITE LLP
    121 SW Columbia Ave. Suite 950
    Portland OR 97201

    US Bank N.A. Not in its Individual
    Capacity but Solely as Trustee for the
    RMAC Trust, Series 2016-CTT, whose
    address is 60 Livingston Avenue, St. Paul
    MN 55107-2292
    c/o STANTON SHELBY, OSB #044151
    ALDRIDGE PITE LLP
    121 SW Columbia Ave. Suite 950
    Portland OR 97201

DATED: December 23, 2019    /s/ *Dennis Raybould*
                                                      Dennis Raybould

MOTION FOR ENLARGEMENT OF TIME                                      3