Dennis Raybould
P.O. Box 241
Florence, OR 97439
(541) 997-1311

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

Dennis Raybould,           )
Diane Raybould,            )   Case No. 6:19-cv-01364-AA
                           )
          Plaintiffs,      )
                           )
   vs.                     )
                           )
RUSHMORE LOAN MANAGEMENT   )
SERVICES, LLC, et al,      )
                           )
          Defendants.      )
_____)

**VERIFIED REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

I, Dennis Raybould, request the Court to take judicial notice of the "VERIFIED REQUEST FOR JUDICIAL NOTICE OF PROOF OF CLAIM AND MOTION TO ALTER OR AMEND THE ORDER FOR SUMMARY JUDGMENT" ("RJN/Motion") which was filed on September 27, 2017 in case No. 15CV14566 in the Circuit Court of the State of Oregon in and for the County of Lane ("State Foreclosure Case"). A certified true copy is attached.

In addition, I request the Court to take judicial notice of the fact that the above-mentioned "RJN/Motion" is pending.

In addition, I request the Court to take judicial notice of the underlying Proof of Claim filed by Aldridge Pite for "U.S. Bank National Association, not in its individual capacity but solely as

trustee for the RMAC Trust, Series 2016-CIT" in Bankruptcy Case No. 17-64614-tmr13 (see attached Exhibit A), and of the fact that, contrary to its representations, JPMorgan Chase Bank NA did **not** own the Note at the time it filed the State Foreclosure Case No. 15CV14566.

Therefore, the State Court Foreclosure **judgment was fraudulently obtained**, and the principles of Res Judicata, collateral estoppel, claim preclusion, issue preclusion **do not apply**.

In addition, I request the Court to take judicial notice of the fact that the State Foreclosure Case is still open, the final judgment has not yet been entered (and certainly had not been entered as of the date the [24] Motion to Dismiss was filed, nor as of the date the instant Federal case was filed), and therefore again the principles of Res Judicata, collateral estoppel, claim preclusion, issue preclusion **do not apply**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. 1746.

Executed on: January 21, 2020

By: _____/Dennis Raybould/_____
    Dennis Raybould, Plaintiff