FILED 14 APR '20 13:56 USDC-ORE

RECV'D 13 APR '20 10:49 USDC-ORE

Dennis Raybould
P.O. Box 241
Florence, OR 97439
(541) 997-1311

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

Dennis Raybould,
Diane Raybould,

    Plaintiffs,

vs.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, et al,

    Defendants.

Case No. 6:19-cv-01364-AA

**VERIFIED NOTICE OF APPEAL OF BANKRUPTCY**

I, Dennis Raybould, declare:

On 1/28/2020, I filed a Voluntary Petition on case 6:2020bk60205 in the United States Bankruptcy Court for the District of Oregon.

On 04/09/2020, I filed a Notice of Appeal into that bankruptcy case, which opened Bankruptcy Appellate Panel case 20-bk-1086. That appellate case is still pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. 1746.

Executed on: April 11, 2020

By: _____*Dennis Raybould*_____
    Dennis Raybould, Plaintiff

SUGGESTION OF BANKRUPTCY APPEAL                    1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date last written below, a true and correct copy of this document was furnished via facsimile and/or U.S. mail and/or email to:

JPMorgan Chase Bank, N.A.
c/o KEVIN H. KONO, OSB #023528
c/o ASHLEE AGUIAR, OSB #171940
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610

JPMorgan Chase Bank, N.A.
c/o FREDERICK B. BURNSIDE, OSB #096617
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610

Rushmore Loan Management Services, LLC.
c/o STANTON SHELBY, OSB #044151
ALDRIDGE PITE LLP
121 SW Columbia Ave. Suite 950
Portland OR 97201

US Bank N.A. Not in its Individual
Capacity but Solely as Trustee for the
RMAC Trust, Series 2016-CTT, whose
address is 60 Livingston Avenue, St. Paul
MN 55107-2292
c/o STANTON SHELBY, OSB #044151
ALDRIDGE PITE LLP
121 SW Columbia Ave. Suite 950
Portland OR 97201

DATED: April 11, 2020        /s/ *Dennis Raybould*
                                 Dennis Raybould

SUGGESTION OF BANKRUPTCY APPEAL