UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS RAYBOULD, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al., <br><br> Defendants-Appellees. | No.   19-35842 <br><br> D.C. No. 6:19-cv-01364-AA <br> District of Oregon, <br> Eugene <br><br> ORDER |

Before:  SILVERMAN, McKEOWN, and RAWLINSON, Circuit Judges.

Appellant's motion to stay issuance of the mandate is denied (Docket Entry No. 3).  *See* Fed. R. App. P. 41(d); 9th Cir. R. 41-1.  The mandate shall issue in due course.

No further filings will be entertained in this closed case.

MF/Pro Se