UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENNIS RAYBOULD, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al., <br><br> Defendants - Appellees. | No. 19-35842 <br><br> D.C. No. 6:19-cv-01364-AA <br> U.S. District Court for Oregon, Eugene <br><br> **MANDATE** |

The judgment of this Court, entered October 28, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7